

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Deonte Edwards,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:22-mj-4654<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __the government__, IT IS ORDERED that a detention hearing is set for __Friday, December 2, 2022,__ at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __J. Choolijian__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __11/29/2022__

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                                   Page 1 of 1